**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1474

LEONARD A. BOYLES, JR.,

Plaintiff - Appellant,

versus

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Lacy H. Thornburg, District Judge.  (1:05-cv-00022)

Submitted:  October 31, 2006        Decided:  November 22, 2006

Before WILLIAMS, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leonard A. Boyles, Jr., Appellant Pro Se.  Paul Bradford Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leonard A. Boyles, Jr., appeals the district court's orders and judgment granting in part and denying in part Boyles's motion for summary judgment, affirming the Administrative Law Judge's final decision with respect to Boyles's date of continuous disability and denying Boyles's motion to modify the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Boyles v. Commissioner, No. 1:05-cv-00022 (W.D.N.C. Feb. 1, 2006; Feb 16, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED